UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| DREAM CATCHER HOTELS, LLC | PLAINTIFF/COUNTER-DEFENDANT |
| v. | CIVIL ACTION NO.: 1:22-CV-00054 |
| JOHNSTON-TOMBIGBEE FURNITURE MANUFACTURING COMPANY, ROYAL TRUCKING, INC., and SAIA TRIM GROUP, INC. | DEFENDANTS |
| AND | |
| JOHNSTON-TOMBIGBEE FURNITURE MANUFACTURING COMPANY | COUNTER-CLAIMANT/ CROSS-CLAIMANT |
| v. | |
| ROYAL TRUCKING, INC. | CROSS-DEFENDANT |

AGREED ORDER OF DISMISSAL WITH PREJUDICE

The parties have settled the controversies giving rise to this civil action. Plaintiff, Dream Catcher Hotels, LLC has agreed to the dismissal with prejudice of all claims set forth in its Amended and Restated Complaint for Money Damages (DE 33) against Johnston-Tombigbee Furniture Manufacturing Company, Saia Trim Group, Inc. and Royal Trucking Company, Inc. Johnston-Tombigbee Furniture Manufacturing Company has agreed to dismiss with prejudice its Third-Party Claim (DE 14) and Cross-Claim (DE 41) against Royal Trucking Company, Inc. and its Counterclaim against Dream Catcher LLC. (DE 37).

IT IS THEREFORE ORDERED that this action is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED FOR ENTRY:


/s/ William R. Bradley, Jr.
William R. Bradley, Jr. (#4275)
GLANKLER BROWN, PLLC
6000 Poplar Ave., Suite 400
Memphis, TN 38119
Phone: (901) 576-1775
Fax:    (901) 525-2389
*bbradley@glankler.com*


/s/ G. Clark Monroe II
G. Clark Monroe II (#9810)
Matthew E. Rutherford, Jr. (#104569)
DUNBAR MONROE, PLLC
270 Trace Colony Park, Suite A
Ridgeland, MS 39157
*gcmonroe@dunbarmonroe.com*
*mrutherford@dunbarmonroe.com*
*Counsel for Royal Trucking*


/s/ Camp Pittman
Jay M. Atkins (#100513)
Camp Pittman (#106238)
McANGUS, GOUDELOCK AND COURIE
119 North 9th St.
Oxford, MS 38655
*Jay.atkins@mgclaw.com*
*Camp.pittman@mgclaw.com*
*Counsel for Johnson-Tombigbee*


/s/ Greer B. Mallette
Greer B. Mallette (#100632)
CHRISTIAN & SMALL, LLP
505 20th St. N., Suite 1800
Birmingham, AL 35216
*gmallette@csattorneys.com*
*Counsel for Johnston-Tombigbee*

/s/ H. Wesley Williams, III
H. Wesley Williams, III (#9320)
MARKOW WALKER, PA
PO Box 13669
Jackson, MS 39236-3669
*wwilliams@markowwalker.com*
*Counsel for Saia Trim Group*


4880-9329-7998, v. 1