**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**DREAM CATCHER HOTELS, LLC**                                   **PLAINTIFF/COUNTER-DEFENDANT**

**V.**                                                                                          **NO. 1:22-CV-54-DMB-RP**

**JOHNSTON-TOMBIGBEE
FURNITURE MANUFACTURING
COMPANY; ROYAL TRUCKING, INC.;
and SAIA TRIM GROUP, INC.**                                                       **DEFENDANTS**


**JOHNSON-TOMBIGBEE**                                           **THIRD-PARTY PLAINTIFF**
**FURNITURE MANUFACTURING
COMPANY**

**V.**

**ROYAL TRUCKING, INC.**                                          **THIRD-PARTY DEFENDANT**

## JUDGMENT

In accordance with the order entered this day, this case is **DISMISSED with prejudice**.

**SO ORDERED**, this 27th day of February, 2023.

                                                        **/s/Debra M. Brown**
                                                        **UNITED STATES DISTRICT JUDGE**